UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 MAY -8 P 4: 26

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> Cesar Ysidro Rodriguez- ) <br> Gomez ) <br> Defendant(s) et. al. ) <br> ) | CRIMINAL NO. 08mj1270 <br> ORDER <br> RELEASING MATERIAL WITNESS <br> Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Juan Gabriel Hernandez-Becerril

DATED: 5-8-08

JAN M. ADLER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____     OR
          DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _____
       Deputy Clerk

CLERK'S OFFICE COPY             ☆ U.S. GPO: 2003-581-774/70082
mc500 Crim-25 rev. 8-95