UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 MAY -8 P 4: 26

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 08mj1270 |
| Plaintiff ) | |
| ) | ORDER |
| vs. ) | |
| Cesar Ysidro Rodriguez-Gomez et.al ) | RELEASING MATERIAL WITNESS |
| ) | |
| Defendant(s) ) | Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Abraham Reyes-Cesareo

DATED: 5-8-08

**JAN M. ADLER**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by  R. Rhu

Deputy Clerk